# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

## OFFENSE CHARGED

Count 1: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm or Ammunition)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
- Ten (10) years imprisonment;
- $250,000 fine;
- Three (3) years of supervised release;
- $100 special assessment; and
- Forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ DELANTE GLENN

**DISTRICT COURT NUMBER**
4:21-cr-00399-JST

**FILED**
Oct 15 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI Robert Westergaard

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Anna Nguyen

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  ☒ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year  05/03/2021
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

FILED

Oct 15 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.   4:21-cr-00399-JST |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; |
| DELANTE GLENN, | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about May 3, 2021, in the Northern District of California, the defendant,

DELANTE GLENN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, one Springfield Armory model XD Mod.2 .45 caliber pistol with serial number GM417016 and twelve live rounds of .45 caliber ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INFORMATION

FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Information, the defendant,

DELANTE GLENN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property seized on or about December 7, 2020, and May 3, 2021:

- One (1) black/chrome Springfield Armory model XD Mod.2 .45 caliber pistol with serial number GM417016;
- One (1) .45 caliber 12-round magazine, black and silver color, with "XD" written on the side and "XD-45" written on the other side;
- Five (5) live rounds with headstamp "TZZ 85";
- One (1) live round with headstamp "TZZ 86 MATCH";
- One (1) live round with headstamp "FEDERAL 45 AUTO";
- Two (2) live rounds with headstamp "S&B 45 AUTO";
- One (1) live round with headstamp "BLAZER 45 AUTO";
- One (1) live round with headstamp "CBC 45 AUTO";
- One (1) black Sig Sauer model SP2022 .40 caliber with serial #24B366976;
- One (1) .40 caliber 10-round magazine, black in color, with "SIG PRO" written on the side and "MADE IN ITALY" written on the other side;
- Two (2) live rounds with headstamp "S&B 40 S&W";
- One (1) live round with headstamp "WIN 40 S&W";
- One (1) live round with headstamp "CCI 40 S&W";
- One (1) live round with headstamp "PMC 40 S&W";
- One (1) live round with headstamp "CBC 40 S&W";

- One (1) live round with headstamp "FC 16 40 S&W"; and
- Three (3) live rounds with headstamp "BLAZER 40 S&W".

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: 10/15/2021

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ Anna Nguyen
ANNA NGUYEN
Special Assistant United States Attorney