# EXHIBIT A



April 19, 2022

Re: De'Lante Glenn

To Honorable Judge Tigar,

I have known Mr. Glenn for over fifteen years. I am Glenn's partner/significant other and mother of his children. I am writing this letter in regards to Mr. Glenn's character. I've seen him at his best and at his worse. Overall he is an intelligent man, outgoing, silly, kind-hearted and wonderful person. I will like to further discuss his character before and during his drug addiction. I would like for you to see him as the man I know. Mr. Glenn is a wonderful father who has stepped up as a father figure to my oldest daughter from a previous relationship. He treats her like his own and showers her unconditionally with love. Even-through our break-ups, he still managed to be there and support her. He helps the children with homework, teaches them about respect and morals, teaches them about God and shows them how to pray. And most of all he plays with them and spends quality time with them. The children love watching movies with him, going to the park, and going swimming.

I feel as his drug addiction is what holds him back for being the great son, brother, father and partner that he can be. He is not the same person I fell in love with when he is on drugs.
His drug addiction has caused a lot of stress, pain and trauma. He's unable to be a provider when he is on drugs because he's unable to keep a job. It saddens me to see him that way. He has a lot of trauma he needs to heal from in order to be better. He has cried many of nights, sometimes he cries in his sleep. But I think he's too embarrassed to tell me what's wrong. He's cried to me at times when he was high. I now know he wants help. He has verbally told me.  He finally realize he does have an addiction and need help. He's been speaking to someone from a program.

At first, he thought he was in control and denied having a drug addiction. And was trying to hide it, til he couldn't hide it anymore. I started to find the drug and notice his behavior when he was high. The home can be a very relaxing/calm place when he isn't high, and at times he is high the energy and tone in the home is not right. Because when he's high I refuse to let him be home because the children don't need to see him that but also don't need him outside when he isn't functioning in his right state of mind.

He seems motivated to get help and stay focused. He has found help while being in Santa Rita. And speaks with the guy once a week. That says a lot, for someone who was in denial about the situation. He also plans to become a truck driver, get involved with mentoring young boys and real estate. He is a great person just needing the appropriate help to fight this horrible addiction so he can become the best version of himself. Please help him. Helping him is helping our family. But mainly helping our children see their father in a positive light and being the role-model I know he is.

Thank you for your time.

Ramona Watkins

# EXHIBIT B

# Adverse Childhood Experience (ACE) Questionnaire
## Finding your ACE Score

**While you were growing up, during your first 18 years of life:**

1. Did a parent or other adult in the household **often** …
    Swear at you, insult you, put you down, or humiliate you?
        **or**
    Act in a way that made you afraid that you might be physically hurt?
        Yes   No                                              If yes enter 1     _____

2. Did a parent or other adult in the household **often** …
    Push, grab, slap, or throw something at you?
        **or**
    **Ever** hit you so hard that you had marks or were injured?
        Yes   No                                              If yes enter 1     _____

3. Did an adult or person at least 5 years older than you **ever**…
    Touch or fondle you or have you touch their body in a sexual way?
        **or**
    Try to or actually have oral, anal, or vaginal sex with you?
        Yes   No                                              If yes enter 1     _____

4. Did you **often** feel that …
    No one in your family loved you or thought you were important or special?
        **or**
    Your family didn't look out for each other, feel close to each other, or support each other?
        Yes   No                                              If yes enter 1     _____

5. Did you **often** feel that …
    You didn't have enough to eat, had to wear dirty clothes, and had no one to protect you?
        **or**
    Your parents were too drunk or high to take care of you or take you to the doctor if you needed it?
        Yes   No                                              If yes enter 1     _____

6. Were your parents **ever** separated or divorced?
        Yes   No                                              If yes enter 1     _____

7. Was your mother or stepmother:
    **Often** pushed, grabbed, slapped, or had something thrown at her?
        **or**
    **Sometimes or often** kicked, bitten, hit with a fist, or hit with something hard?
        **or**
    **Ever** repeatedly hit over at least a few minutes or threatened with a gun or knife?
        Yes   No                                              If yes enter 1     _____

8. Did you live with anyone who was a problem drinker or alcoholic or who used street drugs?
        Yes   No                                              If yes enter 1     _____

9. Was a household member depressed or mentally ill or did a household member attempt suicide?
        Yes   No                                              If yes enter 1     _____

10. Did a household member go to prison?
        Yes   No                                              If yes enter 1     _____

**Now add up your "Yes" answers:   _____    This is your ACE Score**